IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

EDWIN RODRIGUEZ,
    Plaintiff,
    v.                        Case No. 3:14-cv-111-KRG-KAP
S.C.I. SOMERSET, <u>et al.</u>,
    Defendants

### Memorandum Order

Plaintiff's Motion for Reconsideration at docket no. 8 was referred to Magistrate Judge Keith A. Pesto in accordance with 28 U.S.C.§ 636(b)(3) and Local Rule 72 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on August 19, 2014, docket no. 9, recommending that the motion be denied. The parties were notified, pursuant to 28 U.S.C.§ 636(b)(1), that they had fourteen days to serve and file written objections to the Report and Recommendation. Plaintiff filed timely objections at docket no. 10 that are meritless.

Upon <u>de novo</u> review of the record of this matter, the Report and Recommendation, and the objections thereto, the following order is entered:

AND NOW, this **7th** day of October, 2014, it is

ORDERED that the Motion for Reconsideration at docket no. 8 is denied.

BY THE COURT:

*Kim R. Gibson*

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by U.S. Mail to:

    Edwin Rodriguez KC-0233
    S.C.I. Somerset
    1600 Walters Mill Road
    Somerset, PA 15510